UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0167 (PJS/JFD) |
| Plaintiff, | |
| v. | ORDER |
| RODOLFO REBOLLAR-GONZALEZ, | |
| Defendant. | |

Timothy Campbell Warner, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Daniel P. Huddleston, OFFICE OF THE FEDERAL DEFENDER, for defendant.

This matter is before the Court on defendant Rodolfo Rebollar-Gonzalez's objection to the September 16, 2025, Report and Recommendation ("R&R") of Magistrate Judge John F. Docherty. In his R&R, Judge Docherty recommends that this Court deny Rebollar's motion to suppress evidence.

The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). Based on that review, the Court overrules Rebollar's objection and adopts the R&R. The Court agrees that the search warrant for Rebollar's apartment was supported by probable cause, for the reasons explained by Judge Docherty. Moreover, even if the warrant was not supported by probable cause, the fact that three judges—the state judge who issued the warrant, Judge Docherty, and the undersigned—have all

found the warrant to be supported by probable cause is powerful evidence that "the executing officer's reliance upon the warrant was objectively reasonable." *United States v. Proell*, 485 F.3d 427, 430 (8th Cir. 2007).  Because there was "sufficient indicia of probable cause" to render an officer's reliance on the warrant "objectively reasonable," *United States v. Mayweather*, 993 F.3d 1035, 1041 (8th Cir. 2021) (quotations omitted), the Court agrees with Judge Docherty that, even if the warrant was not actually supported by probable cause, "the *Leon* good-faith exception saves the evidence from suppression under the facts of this case." *United States v. Ross*, 487 F.3d 1120, 1122 (8th Cir. 2007); *see also United States v. Leon*, 468 U.S. 897, 924 (1984) (creating "a good-faith exception to searches conducted pursuant to warrants").

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 35] and ADOPTS the Report and Recommendation [ECF No. 33].  IT IS HEREBY ORDERED THAT

1. Defendant's motion to suppress fruits of search and seizure [ECF No. 21] is DENIED.

2. Defendant's motion to dismiss count three of the indictment [ECF No. 23] is DENIED.

Dated: December 5, 2025

                                           Patrick J. Schiltz, Chief Judge
                                           United States District Court